UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD B. EADIE,

        **Plaintiff,**

v.                                      **Case No: 5:13-cv-456-Oc-18PRL**

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Richard B. Eadie's appeal of an administrative decision denying his application for disability insurance benefits. (Doc. 1.) The Court referred the case to U.S. Magistrate Judge Philip. R. Lammens. Judge Lammens entered a report and recommendation (Doc. 18) to which Eadie filed an objection (Doc. 19) and the Commissioner of Social Security (the "Commissioner") filed a response (Doc. 20). Having reviewed the Report and Recommendation, Eadie's Objection, and the Commissioner's Response, it is hereby **ORDERED** and **ADJUDGED** as follows:

    **1.** United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED**.

    **2.** The Commissioner's final decision in this case is **AFFIRMED**.

    **3.** The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this /<sub>6</sub> day of March, 2015.

                                                 G. KENDALL SHARP
                SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record